IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| CYNTHIA ROPER,<br><br>    Plaintiff,<br><br>    v.<br><br>PERDUE FARMS,<br><br>    Defendant. | CIVIL ACTION NO.: 4:19-cv-230 |

**O R D E R**

Before the Court is a Stipulation of Voluntary Dismissal With Prejudice signed by Plaintiff (who is proceeding *pro se*) and counsel for Defendant on May 9, 2022, and filed with the Court on May 26, 2022, wherein the parties indicate they stipulate to the dismissal, with prejudice, of this action.  (Doc. 9.)  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action has been **DISMISSED WITH PREJUDICE**.  The Clerk of Court is hereby authorized and directed to **TERMINATE** all pending motions and to **CLOSE** this case.

**SO ORDERED**, this 3rd day of June, 2022.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA